BEFORE:  JOAN M. AZRACK                                    DATE:  7/11/2023
UNITED STATES DISTRICT JUDGE                               TIME:  1:00 PM (35 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.  22-cr-429**

**FILED**
**CLERK**

4:06 pm, Jul 11, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Vladimir Arevalo-Chavez            DEF. #: 1**
☒ Present        ☐ Not present   ☒ Custody      ☐Bail
**DEFENSE COUNSEL:  Glenn Obedin for Sabrina Shroff**
☐ Federal Defender             ☒ CJA           ☐ Retained

**DEFENDANT: Jose Ayala-Alcantara             DEF. #: 2**
☒ Present        ☐ Not present   ☒ Custody      ☐Bail
**DEFENSE COUNSEL:  Donald DuBoulay**
☐ Federal Defender             ☒ CJA           ☐ Retained

**DEFENDANT: Walter Hernandez-Rivera           DEF. #: 5**
☒ Present        ☐ Not present   ☒ Custody      ☐Bail
**DEFENSE COUNSEL:  Donald DuBoulay for Steven Zissou**
☐ Federal Defender             ☒ CJA           ☐ Retained

**DEFENDANT: Marlon Menjivar-Portillo          DEF. #: 7**
☒ Present        ☐ Not present   ☒ Custody      ☐Bail
**DEFENSE COUNSEL:  Glenn Obedin**
☐ Federal Defender             ☒ CJA           ☐ Retained

**AUSA: John Durham, Justina Geraci**

INTERPRETER: Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Lisa Schmid                    COURTROOM DEPUTY: LMP

☒    Case Called.        ☒    Counsel present for all sides.
☐    All parties consent to appear telephonically.
☐    Initial Appearance and Arraignment held.
☐    Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒    Waiver of speedy trial executed; time excluded from 7/11/2023 through 10/19/2023.
☐    Order setting conditions of release and bond entered.
☐    Permanent order of detention entered.
☐    Temporary order of detention entered.
        ☐ Detention hearing scheduled for  .
☐    Bail hearing held.  Disposition:
☒    Next court appearance scheduled for 10/19/2023 at 1:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendants      ☐    Released on Bond        ☒    Remain in Custody.

OTHER:  Government to follow up with the MDC re medical treatment for Ayala-Alcantara and housing issues for all defendants.  A status report should be filed with the Court by 7/18/2023.