| | |
|---|---|
| **Donald D. duBoulay** | 305 Broadway, Suite 310 |
| Attorney at Law | New York, NY 10007 |

Telephone: (212) 966-3970
Fax:           (212) 941-7108
E-mail:     dondubesq@aol.com

October 15, 2023

**VIA ECF**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

Re: United States v. Jose Ayala-Alcantara
    22 Cr. 429 (JMA)

Dear Judge Azrack:

    I represent Jose Ayala- Alcantatra in the above referenced matter. I write to inform the court of the defendant's consent to the adjournment of this matter from the scheduled appearance on October 19, 2023 until the next scheduled appearance on December 18, 2023. We also consent to the exclusion of time pursuant to 18 USC 3161 (h).

    If the court has any questions I may be reached at (212) 966-3970.

                                              Respectfully submitted,

                                              /s/

                                              Donald duBoulay, Esq
                                              Attorney for Jose Ayala-Alcantara
                                              305 Broadway, Suite 602
                                              New York, New York, 10007
                                                (212) 966 3970

    cc: AUSA John Durham, via ECF
        Al counsel (via ECF)