BEFORE: JOAN M. AZRACK                                              DATE:  12/18/2023
UNITED STATES DISTRICT JUDGE                                TIME:  11:30 AM (35 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.  22-cr-429**

**FILED
CLERK**

12:48 pm, Dec 18, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Vladimir Arevalo-Chavez**         **DEF. #: 1**
☒ Present     ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL:  Donald DuBoulay for Sabrina Shroff**
☐ Federal Defender            ☒ CJA           ☐ Retained

**DEFENDANT: Jose Ayala-Alcantara**              **DEF. #: 2**
☒ Present     ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL:  Donald DuBoulay**
☐ Federal Defender            ☒ CJA           ☐ Retained

**DEFENDANT: Walter Hernandez-Rivera**       **DEF. #: 5**
☒ Present     ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL:  Michael Bachrach, Steven Zissou**
☐ Federal Defender            ☒ CJA           ☐ Retained

**DEFENDANT: Marlon Menjivar-Portillo**         **DEF. #: 7**
☒ Present     ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL:  Glenn Obedin**
☐ Federal Defender            ☒ CJA           ☐ Retained

**AUSA: John Durham, Paul Scotti, Justina Geraci**

INTERPRETER: Patricia Amadeo (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER:  ToniAnn Lucatorto                COURTROOM DEPUTY: LMP

☒   Case Called.       ☒   Counsel present for all sides.
☐   All parties consent to appear telephonically.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed; time excluded from 12/18/2023 through 3/11/2024.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
        ☐ Detention hearing scheduled for  .
☐   Bail hearing held.  Disposition:
☒   Next court appearance scheduled for 3/11/2024 at 11:30 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendants      ☐   Released on Bond         ☒   Remain in Custody.

OTHER: Dft Arevalo-Chavez consents to appear with co-counsel in Ms. Shroff's stead.  Case designated complex.  Counsel for Ayala-Alcantara to submit a proposed medical order.  Government shall update the Court on the defendants' housing designation by 1/19/2024.