BEFORE: JOAN M. AZRACK                                                      DATE:   3/11/2024
UNITED STATES DISTRICT JUDGE                                     TIME:   11:30 AM (35 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.   22-cr-429**

**DEFENDANT: Vladimir Arevalo-Chavez         DEF. #: 1**
☒ Present     ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL:  Donald DuBoulay for Sabrina Shroff**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Jose Ayala-Alcantara         DEF. #: 2**
☒ Present     ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL:  Donald DuBoulay**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Marlon Menjivar-Portillo         DEF. #: 7**
☒ Present     ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL:  Mark DeMarco**
☐ Federal Defender          ☒ CJA          ☐ Retained

**AUSA: John Durham**

INTERPRETER: Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Denise Parisi                    COURTROOM DEPUTY: LMP

☒   Case Called.       ☒   Counsel present for all sides.
☐   All parties consent to appear telephonically.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed; time excluded from 3/11/2024 through 6/13/2024.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
         ☐ Detention hearing scheduled for  .
☐   Bail hearing held.  Disposition:
☒   Next court appearance scheduled for 6/13/2024 at 10:30 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☒   OTHER: Dft Arevalo-Chavez consents to appear with co-counsel in Ms. Shroff's stead.  **Ms. Shroff has failed to appear at the last three conferences in this case.  A separate status conference for defendant Arevalo-Chavez is scheduled for 3/20/2024 at 11:00 AM. Ms. Shroff is hereby Ordered to appear on 3/20/2024, or she will be relieved as counsel for the defendant.**  Government to secure eyeglasses for defendant Menjivar-Portillo and shall provide the Court with a written response to the issues raised at the conference.  Complex case designation remains in place.

Defendants       ☐   Released on Bond          ☒   Remain in Custody.