BEFORE: JOAN M. AZRACK  DATE: 3/20/2024
UNITED STATES DISTRICT JUDGE  TIME: 11:00 AM (15 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 22-cr-429**

**FILED**
**CLERK**

3:17 pm, Mar 20, 2024

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Walter Hernandez-Rivera**   **DEF. #: 5**
☒ Present   ☐ Not present ☒ Custody   ☐ Bail
**DEFENSE COUNSEL: Steven Zissou**
☐ Federal Defender   ☒ CJA   ☐ Retained

**AUSA: John Durham**

INTERPRETER: Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi   COURTROOM DEPUTY: LMP

☒ Case Called.   ☒ Counsel present for all sides.
☐ All parties consent to appear telephonically.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial executed; time excluded from 3/11/2024 through 6/13/2024.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for  .
☐ Bail hearing held. Disposition:
☒ Next court appearance scheduled for 6/13/2024 at 10:30 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☐ OTHER:

Defendants   ☐ Released on Bond   ☒ Remain in Custody.