22Cr429-JMA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 14 2024 ★

5-6-2024

LONG ISLAND OFFICE

To the Honorable Judge Joan M. Azrack,

Your honor I hope today you find yourself well and in Good health, I Apologize to be of a Nuisance and write you a letter personally I know your a busy women. I am writing to you today because I am still in the Shu, after months of you ordering for me to be moved and cant contact my lawyer. Ive been here 11 months and did not even get a call for my first 6 months. I do not have access to a law library to study and understand the charges against me. I haven't recieved a discovery and dont even know what the statues are to the charges against me, or what they mean. I only speak spanish and been here alone, I need to be in General Popolation to atleast have someone help me read over these law documents in English. I will be 60 yrs old soon and my physical and mental health are Rapidly Declining under these conditions. Im blind from my right eye, my limbs constantly fall asleep from lack of movement and I have a hernia. I been here alone this whole time and thank god just recently recived a Gellmate to help translate this letter. I am being punished severly for nothing Ive done, I have no Disciplinary Sanctions and am Innocent until proven guilty. These conditions are hindering me from putting up a real Defense to the charges brought against me. My petition is to be let out of the Shu as youve ordered to population, Thank you Sorry to take up your time I know it is limited. God bless you and your family.

Sincerely,

Jose Ayala-Alcantra

#32791-112 MDC Brooklyn

NEW YORK NY

-9 MAY 2024  PM

FREEDOM FREEDOM

Honorable Judge Joan M. Azrack
Eastern District of New York
020 Federal Plaza
Central Islip, New York 11722

11722-4469

Jose Ayala-Alcantara
Reg#32791-112
M.D.C. Brooklyn
P.O. Box 329003
Brooklyn, NY 11232

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 14 2024 ★

LONG ISLAND OFFICE