BEFORE: JOAN M. AZRACK  
UNITED STATES DISTRICT JUDGE

DATE: 6/13/2024  
TIME: 10:45 AM (35 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 22-cr-429**

FILED
CLERK
12:19 pm, Jun 13, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Vladimir Arevalo-Chavez**      **DEF. #: 1**
☒ Present      ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL: Donald DuBoulay for Sabrina Shroff**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Jose Ayala-Alcantara**      **DEF. #: 2**
☒ Present      ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL: Donald DuBoulay**
☐ Federal Defender          ☒ CJA          ☐ Retained

**DEFENDANT: Marlon Menjivar-Portillo**      **DEF. #: 7**
☒ Present      ☐ Not present   ☒ Custody      ☐ Bail
**DEFENSE COUNSEL: Glenn Obedin**
☐ Federal Defender          ☒ CJA          ☐ Retained

**AUSA: John Durham**

INTERPRETER: Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Denise Parisi          COURTROOM DEPUTY: LMP

☒   Case Called.      ☒   Counsel present for all sides.
☐   All parties consent to appear telephonically.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed; time excluded from 6/13/2024 through 9/25/2024.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
        ☐ Detention hearing scheduled for  .
☐   Bail hearing held. Disposition:
☒   Next court appearance scheduled for 9/25/2024 at 12:30 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☒   OTHER: Dft Arevalo-Chavez consents to appear with co-counsel in Ms. Shroff's stead. Defendant Arevalo-Chavez wishes to proceed with Ms. Shroff as counsel. **However, if she misses the next conference date she will be relieved as counsel.** Rulings set forth on the record for phone calls and job opportunities within the MDC.

Defendants      ☐   Released on Bond          ☒   Remain in Custody.