**BEFORE:** Anne Y. Shields, USMJ        **DATE:** 7/30/24      **TIME: 3:00 PM**

## CRIMINAL CAUSE FOR ARRAIGNMENT/INITIAL APPEARANCE

**DOCKET #:** CR-22-429-JMA      **CAPTION:** USA v. AREVALO-CHAVEZ, ET AL

**DEFENDANT:** JORGE ALEXANDER DE LA CRUZ     Deft. #4

**COUNSEL:** KEVIN KEATING
    X Present     ___ Not Present          X In custody     ___ Bail     X CJA
                                                            Retained     ___ Federal Defenders

**GOVERNMENT:** JUSTINA GERACI      **INTERPRETER:** Maya Gray **LANGUAGE:** Spanish

**COURTROOM DEPUTY:** JT     **PRETRIAL REPORT PREPARED BY:** Kristina De Primo
                                                                                           x present     ___ not present

**FTR:** 3:54-4:02

- X   Case called.
- X   Defendant arraigned on the Indictment.
- X   DefendantS initial appearance.
- X   Defendant waives public reading and **pleads not guilty to the** Indictment.
- ___   Preliminary Hearing waiver executed.
- X   Speedy Trial Order Information: Code Type: X-     Start Date: 7/30/24 XSTART     Stop Date: 9/25/24 XSTOP
- ___   Waiver of Speedy Indictment executed: Time excluded from _____ through _____
- ___   Order Setting Conditions of Release and Bond executed for defendant. See bond for details.
- ___   Temporary Order of Detention entered for defendant (s):
- ___   Detention Hearing scheduled for: _____
- X   Permanent Order of Detention entered for defendant.
- ___   Rule 40 Hearing held.
- ___   Removal Hearing scheduled for: _____
- X   **Status Conference** set for : **9/25/24 at 12:30 pm before Judge Azrack**
- ___   Defendant continues on Bond. Bond conditions remain the same.
- X   Defendant continues in custody.

**OTHER:** _____