BEFORE: JOAN M. AZRACK  DATE: 9/25/2024
UNITED STATES DISTRICT JUDGE  TIME: 12:30 PM (15 min)

# CRIMINAL CAUSE FOR STATUS CONFERENCE

**FILED
CLERK**

**DOCKET NO. 22-cr-429**

9/25/2024 1:29 pm

**DEFENDANT: Jose Wilfredo Ayala-Alcantara   DEF. #: 2**
☐ Present   ☐ Not present   ☒ Custody   ☐ Bail

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENSE COUNSEL: Donald Dennis DuBoulay**
☐ Federal Defender   ☒ CJA   ☐ Retained

**AUSA: John Durham, Justina Geraci**

INTERPRETER: Guadalupe Alvarez (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Denise Parisi            COURTROOM DEPUTY: LMP

☒ Case Called.        ☒ Counsel present for all sides.
☐ All parties consent to appear telephonically.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial executed; time excluded from 9/25/2024 through 11/12/2024.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for  .
☐ Bail hearing held. Disposition:
☒ Next court appearance scheduled for 11/12/2024 at 1:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

OTHER: Counsel for defendant to submit a proposed Order to the Court for the defendant's medical treatment forthwith.

Defendants   ☐ Released on Bond        ☒ Remain in Custody.