**FILED
CLERK**

10/28/2024 3:56 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** ANNE Y. SHIELDS  **DATE:** 10/28/24
**UNITED STATES MAGISTRATE JUDGE**  **TIME:** 11:00 a.m.

**CASE #:** CR-22-429-JMA

**CAPTION:** U.S.A. -v- Arevelo-Chavez, et al

**DEFENDANT:** Marlon Menjivar-Portillo  **ATTORNEY:** Glenn Obedin (CJA)
__X__ PRESENT  _____ NOT PRESENT  __X__ PRESENT  _____ NOT PRESENT
__X__ IN CUSTODY  _____ ON BOND

**AUSA:** John Durham

**COURTROOM DEPUTY:** JT

**FTR:** 11:16-11:18

**INTERPRETER:** Maya Gray (sworn)   **LANGUAGE:** Spanish

CASE CALLED.

CONFERENCE HELD.

**WAIVER OF SPEEDY TRIAL** executed.  The defendant waives speedy trial time from **10/28/24** through **12/2/24.**

NEXT IN PERSON STATUS CONFERENCE SCHEDULED FOR 12/2/24 at 12:30 p.m. BEFORE JUDGE AZRACK.

**OTHER:** _____