BEFORE:  JOAN M. AZRACK                      DATE:  12/18/2024
UNITED STATES DISTRICT JUDGE                 TIME:  10:30 AM (15 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.  22-cr-429**

**DEFENDANT: Marlon Menjivar-Portillo**          **DEF. #: 7**
☒ Present      ☐ Not present          ☒ Custody      ☐Bail
**DEFENSE COUNSEL:  Glenn Obedin**
☐ Federal Defender          ☒ CJA          ☐ Retained

**AUSA: Justina Geraci**

INTERPRETER: Guadalupe Alvarez (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Denise Parisi                 COURTROOM DEPUTY: LMP

☒    Case Called.              ☒    Counsel present for all sides.
☐    All parties consent to appear telephonically.
☐    Initial Appearance and Arraignment held.
☐    Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒    Waiver of speedy trial executed; time excluded from 12/18/2024 through 3/4/2025.
☐    Order setting conditions of release and bond entered.
☐    Permanent order of detention entered.
☐    Temporary order of detention entered.
          ☐ Detention hearing scheduled for .
☐    Bail hearing held.  Disposition:
☒    Next court appearance scheduled for 3/4/2025 at 12:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☐    OTHER:


Defendants      ☐    Released on Bond          ☒    Remain in Custody.