# SABRINA P. SHROFF
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

January 10, 2025

**BY ECF**

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: *United States v. Arevalo-Chavez*, 22-cr-00429-JMA-AYS**

Dear Judge Azrack:

I write to the Court regarding Mr. Arevalo-Chavez and the Court's January 2, 2025 order setting a status conference for January 16, 2025.

I apologize for not filing a response to Mr. Arevalo-Chavez's December 17, 2024 letter – I thought I had done so, but Pacer does not reflect the *ex-parte* filing.

Since December 17, I have met with Mr. Arevalo-Chavez[1] several times to discuss his representation, his conditions of confinement, his medical issues, including his need for reading glasses and other medication, and to review the discovery provided by the government in his case with him. I also have conferred with the government and MDC-Legal to address his concerns. Regarding appointing new CJA counsel, Mr. Arevalo-Chavez has asked me to convey to the Court that he no longer seeks that relief.

However, because this case is headed towards trial and I am intending to request the appointment of an additional CJA lawyer on the case, I think it could be beneficial to appoint another lawyer at this stage and have that lawyer meet with him in advance of any status conference, in order to discuss matters of representation, and, potentially, the trial. While it is customary for the assigned lawyer to choose co-counsel, I appreciate the Court's assignment of co-counsel.

Unfortunately, I am unavailable for a status conference on January 16, 2025. I am scheduled to start a three-defendant trial (*United States v. Powell*, 21 Cr. 572 (EK)) in Brooklyn before Judge Komittee on January 13, 2025. Trial is to last for about two weeks. Accordingly, I respectfully request the Court keep the January 30, 2025 date for the status conference and appoint additional CJA counsel to meet with Mr. Arevalo-Chavez prior to it.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Arevalo-Chavez

cc: Alex Weider, by email

---

[1] A court certified Spanish interpreter (Alex Weider) translated every meeting and phone call.

Honorable Joan Azrack, U.S.D.J.  March 12, 2024
Judge, Southern District of New York  Page 2

    Mr. Arevalo-Chavez, by mail