| | |
|---|---|
| BEFORE: JOAN M. AZRACK | DATE: 2/6/2025 |
| UNITED STATES DISTRICT JUDGE | TIME: 11:15 (15 min) |
| | RECALL: 11:58 AM (15 min) |

## CRIMINAL CAUSE FOR CURCIO HEARING

**DOCKET NO.   22-cr-429**

**DEFENDANT: Vladimir Arevalo-Chavez**        **DEF. #: 1**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail
**DEFENSE COUNSEL:  Sabrina Shroff, Louis Freeman**
☐ Federal Defender        ☒ CJA        ☐ Retained

**AUSA: Justina Geraci**

INTERPRETER: Guadalupe Alvarez (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER:  ToniAnn Lucatorto            COURTROOM DEPUTY: LMP

☒    Case Called.         ☒    Counsel present for all sides.
☐    All parties consent to appear telephonically.
☐    Initial Appearance and Arraignment held.
☐    Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐    Waiver of speedy trial executed; time excluded from /2025 through 2025.
☐    Order setting conditions of release and bond entered.
☐    Permanent order of detention entered.
☐    Temporary order of detention entered.
      ☐  Detention hearing scheduled for .
☐    Bail hearing held. Disposition:
☒    Next court appearance scheduled for 4/1/2025 at 12:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☒    OTHER:  Hearing held on [130]. Louis Freeman appointed as CJA Counsel for the purposes of consulting with the defendant to discuss his representation.  The defendant consults with Mr. Freeman separately.  Case recalled and the defendant decides to continue with new counsel.  [130] granted and Mr. Freeman is appointed for all purposes. The Clerk of the Court is directed to terminate Sabrina Shroff on the docket sheet.

Defendants    ☐    Released on Bond              ☒    Remain in Custody.