# Obedin & Weissman, LLP
### Attorneys at Law

                              *The Courthouse Corporate Center, Suite 4200*
                              *320 Carleton Avenue Central Islip, NY 11722*

GLENN A. OBEDIN
IRA R. WEISSMAN

                              _____

                            *PHONE (631) 979-7777; FAX (631) 265-5952*
                                  *NOWLAW@iCLOUD.COM*

                                  *February 25, 2025*

*The Honorable Joan M. Azrack*
*United States District Judge, E.D.N.Y.*
*United States Courthouse*
*100 Federal Plaza*
*Central Islip, New York 11722*

                            *Re:  United States v. Marlon Antonio Menjivar-Portillo*
                                  *Case No. 22-CR-429 (JMA)*

*Dear Judge Azrack,*

    *I represent Marlon Antonio Menjivar-Portillo, the defendant in the above-referenced matter.  My client is currently scheduled to appear before Your Honor for a status conference on March 4, 2025.  Due to scheduling conflicts, all parties have agreed to continue said conference until March 11, 2025.  For the purpose of this continuance, my client waives speedy trial time between March 4, 2025, and March 11, 2025.*

    *I thank the Court for its assistance in rescheduling this matter.*

                                    *Respectfully Submitted,*

                                    *Glenn A. Obedin*

*GAO/js*