UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA
    -AGAINST-

Jorge Alexander De La Cruz

      Defendants
------------------------------------------------X
  AZRACK        , District Judge

## ORDER OF REFERRAL
CASE NUMBER 22-cr-429 (JMA)

The above-referenced criminal case is hereby referred to Magistrate

Judge **Steven L. Tiscione** _____ for the following purposes.

| | | |
|---|---|---|
| ☐ | 1. | To conduct arraignments and bail hearings; |
| ☑ | 2. | Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable; |
| ☐ | 3. | With consent of the parties as indicated below, to select a jury |
| ☐ | 4. | Defendant's motion . |

    **SO ORDERED.**

                                 /s/ Joan M. Azrack

                                **United States District Judge**

**Dated:**    03/13/2025
           **Central Islip, N.Y.**

_STIPULATED AND AGREED_, by and between the undersigned, counsel for respective parties:

**Dated:**    03/18/2025
           **Central Islip, N.Y.**

_____
**Defendant**

_____
**Counsel for defendant**

_____
**Assistant U.S. Attorney**

        /s/ Steven L. Tiscione

_____
**UNITED STATES MAGISTRATE JUDGE**