| | |
|---|---|
| BEFORE: JOAN M. AZRACK<br>UNITED STATES DISTRICT JUDGE | DATE: 4/1/2025<br>TIME: 12:00 PM (20 min) |

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**FILED**
**CLERK**

**DOCKET NO.  22-cr-429**

4/1/2025 2:34 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Vladimir Arevalo-Chavez**                                  **DEF. #: 1**
☒ Present      ☐ Not present ☒ Custody        ☐ Bail
**DEFENSE COUNSEL:  Louis Freeman**
☐ Federal Defender              ☒ CJA             ☐ Retained
**DEFENDANT: Jose Wilfredo Ayala-Alcantara**                     **DEF. #: 2**
☒ Present      ☐ Not present ☒ Custody        ☐ Bail
**DEFENSE COUNSEL: Donald Dennis DuBoulay**
☐ Federal Defender              ☒ CJA             ☐ Retained
**DEFENDANT: Francisco Javier Roman-Bardales**              **DEF. #: 10**
☒ Present      ☐ Not present ☒ Custody        ☐ Bail
**DEFENSE COUNSEL:  Murray Singer, Joshua Dratel**
☐ Federal Defender              ☒ CJA             ☐ Retained

**AUSA: Justina Geraci, Paul Scotti**

INTERPRETER: Guadalupe Alvarez (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Marie Foley                    COURTROOM DEPUTY: LMP

☒    Case Called.             ☒    Counsel present for all sides.
☐    All parties consent to appear telephonically.
☐    Initial Appearance and Arraignment held.
☐    Government reminded of the Rule 5(f) obligation.
☐    Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒    Waiver of speedy trial executed; time excluded from 4/1/2025 through 9/3/2025.
☐    Order setting conditions of release and bond entered.
☒    Permanent order of detention entered.
☐    Temporary order of detention entered.
         ☐ Detention hearing scheduled for  .
☐    Bail hearing held.  Disposition:
☒    Next court appearance scheduled for 9/3/2025 at 12:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☒    OTHER: Complex case designation remains in place.

Defendants    ☐    Released on Bond         ☒    Remain in Custody.