[1]

[logo]

[O/C 05-30-2018]

Specialized Court of Instruction "B"

Boulevard Tutunichapa, Integrated Center of Criminal Justice "Doctor Isidro Menéndez", Building C, first floor
Telephone 2231–8670. Facsimile 22381–8630, and 2231–8631.

San Salvador, May 29, 2018,

| Document number <u>3622</u> **HEAD OF THE DEPARTMENT OF JUDICIAL DECISIONS OF THE NATIONAL CIVIL POLICE** | National Police Civil Department of Registry and Control of Judicial Decisions Received [signature] Hour 10:55 Date May 29, 2018 |
|---|---|

Herewith

I respectfully request that you order the person to whom the duty falls on, to **EFFECTUATE THE ARREST WARRANT** that has been issued against the accused who are currently deemed in a state of absence: **1) <u>CARLOS GIOVANY COREAS alias EL MORENO DE GUANACOS CRAZY (GCS)</u>**: bearing unique identity document number ▓▓▓▓, profession, or trade being paint and body shop mechanic, being ▓▓▓ years of age, born on ▓▓▓ parents are ▓▓▓ marital status ▓▓▓ with ▓▓▓ born in ▓▓▓; who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**; **2) <u>MIGUEL ANGEL OSORIO ORDÓÑEZ ALIAS EL NIÑO MALO DE GIRASOLES</u>**; who is ▓▓ years of age, born in ▓▓▓ having a date of birth of ▓▓▓, marital status is unknown, being the son of ▓▓▓ resides in ▓▓▓ with you, ID number ▓▓▓ in order to corroborate his participation, in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**; **3) <u>VÍCTOR MANUEL LINARES PINEDA alias EL CUETE DE SAN COCOS</u>**: who was born in the ▓▓▓ on ▓▓▓ son of ▓▓▓ residing in ▓▓▓ with Unique Identity Document ▓▓▓, who is attributed with taking part in the crimes of **a) AGGRAVATED HOMICIDE**, planned for and punished in article 129 of the Penal Law, to the detriment of **MANUEL EDUARDO PINEDA SANTA MARÍA, ALIAS PHOENIX DE SAN COCO**; **b) PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of, **EL TIBURÓN DE COCOS, WITH THE NAME HERBER WILLIAM MELÉNDEZ BARRIENTOS; c) ACTS OF PREPARING FOR, SOLICITING AND CONSPIRING AND CRIMINAL ASSOCIATIONS**, provided for and regulating in article 52 of the Regulating Law of activities relating to drugs in the detriment of **THE PUBLIC HEALTH**, established in the number one purchase with the San Cocos click; **4) <u>FRANCISCO JAVIER RAMON BARDALES alias EL VETERANO DE TRIBUS</u>**; who is ▓▓ years of age, born in ▓▓▓ with date of birth, ▓▓▓ marital

status is ▮▮▮, he is the son of ▮▮▮ and ▮▮▮, lives ▮▮▮ with UID number ▮▮▮ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**; b) **PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of "Damper" bearing the name **LUDWIN ERNESTO AYALA MEMBREÑO**; c) **PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of "Zarco"; bearing the name ERICK AMILCAR RIVAS OSORIO; d) ▮▮▮ D HOMICIDE, crime planned for and punished in article 129 No. 3 of the Penal Law, to the detriment of filo de Normandie, bearing name **DOUGLAS ULISES PEÑA MACHUCA**; e) **FINANCING OF TERRORIST ACTS**, established and punished in article 29 of the Special Law against Acts of Terrorism to the detriment of PUBLIC PEACE AND SECURITY OF THE COUNTRY; **5) <u>MORIS ALEXANDER BERCIAN MANCHÓN alias EL BARNIE OR BANDIDO DE NORMANDIS</u>**; who is ▮ years of age, born in ▮▮▮ with date of birth being ▮▮▮ marital status is ▮▮ being the son of ▮▮▮ residing in ▮▮▮ with UID number ▮▮▮ who is attributed with taking part in the crimes of a) **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; b) AGGRAVATED HOMICIDE**, crime planned for and punished in article 129 No. 3 of the Penal Law, to the detriment of **FILO DE NORMANDIE**, bearing the name **DOUGLAS ULISES PEÑA MUCHACHA**; **6) <u>JOSÉ DE LA CRUZ AGUIRRE ALIAS EL SLAYER DE TAYNI WINOS</u>**, who is of ▮ years of age, date of birth, ▮▮▮ born in ▮▮▮ profession, or trade is ▮▮▮ marital status is ▮▮▮ son of ▮▮▮ and father is unknown. Resident of ▮▮▮ with Unique Identity Document number ▮▮▮ who is attributed with taking part in the crime of **a) TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; b) PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of "Damper" having the name of **LUDWIN ERNESTO AYALA MENBREÑO; c) PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of "Zarco"; having the name of **ERICK AMILCAR RIVAS OSORIO**; d) **ILLICIT TRAFFICKING OF FIREARMS** with the alternative classification of supplying weapons, ammunition, explosives, and similar items to illegal groups or organized crime provided for and regulated in articles 347 and 347-A of the Penal Law Code to the detriment of **THE PUBLIC PEACE**; **7) <u>HUGO ARMANDO QUINTEROS MINEROS OR HUGO ARMANDO HERNÁNDEZ ALIAS EL FLACO DE FRANCIS</u>**; who is ▮ years of age, with a date of birth of ▮▮▮ marital status is unknown, being the son of ▮▮▮ with Unique Identity Document ▮▮▮ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**; **8) <u>MARLON ANTONIO MENJÍBAR PORTILLO ALIAS EL ROJO DE PARKVIEW LOCOS (PVLS)</u>**, who is ▮ years of age, marital status is single, profession, or trade is ▮▮▮ son, of ▮▮▮ born in ▮▮▮

███████████████████████████████ born on ███████████ and is a resident of ██████████████████████████████████████ with Unique Identity Document number ████████████ who is attributed with taking part in the crimes of a) **ILLICIT TRAFFICKING OF FIREARMS** with the alternative classification of supplying weapons, ammunition, explosives, and similar items to illegal groups or organized crime provided for and regulated in articles 347 and 347-A of the Penal Law Code to the detriment of **THE PUBLIC PEACE**; **b) FINANCING OF TERRORIST ACTS**, established and punished in article 29 of the Special Law against Acts of Terrorism to the detriment of **THE PUBLIC PEACE AND SECURITY OF THE COUNTRY**; 9) <u>**JUAN ANTONIO MARTÍNEZ ABREGO ALIAS MARIHUANO DE HOLLYWOOD or MARY JEANS**</u>, who is ██ years of age, date of birth, ███████████ born in ██████ ██████████ marital status is single, profession, or trade is a ███████ son of ████████████ █████████████ with Unique Identity Document number ████████ resident of ██████████ ██████████████ who is attributed with taking part in the crimes of: a) **AGGRAVATED HOMICIDE**, crime planned for and punished in article 129 No. 3 of the Penal Law, being the mastermind against the life of the subject alias "El Gato" with the name of **MARVIN OSMIN ROBLES CANO**; b) **PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of "Zarco"; having the name of **ERICK AMILCAR RIVAS OSORIO**; c) **PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, to the detriment of alias **LA BLACKY** with the name of **SILVIA ELIZABETH PALACIOS VALENZUELAS**; d) **PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, to the detriment of a chequeo, gangmeber of the MS "alias GARROBO" with the name **JORAN JAVIER CHÁVEZ GUERRERO**; e) **AGGRAVATED HOMICIDE**, crime planned for and punished in article 129 No. 3 of the Penal Law, to the detriment of **FILO DE NORMADIE**, with the name of **DOUGLAS ULISES PEÑA MACHUCA;** 10) <u>**OSCAR ALEJANDRO MARROQUÍN AYALA or OSCAR ALEJANDRO AYALA alias EL GOOFY DE ACÁJUTLA**</u>; who is ██ years of age, ████████████ married with ██████████████████ who was born on ██████████ in the ████████████████████████ son of ███████████████████████ ████████████ with a residence in ██████████████████ ██████████████████████ █████████████ bearing unique identity document number ████████ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY;** 11) <u>**MARIO ERNESTO CRUZ RIVAS alias EL SAPO DE VATOS LOCOS**</u>; who is ██ years of age, born in ████████ with a date of birth of ██████████ marital status is single, being the son of ████████████████ ████████ residing in █████████████████████████████████ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY;** 12) <u>**MARIO RENE MARTÍNEZ PACHECO alias DUENDE OR EL MONKEY OR BLACK DE SAN LUIS DE SANTA ANA**</u>, being ██ years of age, ████████████ son, of ████████████ ████████████ having a ████████ born in ████████ with date of birth of ██████████ residing in ██████████████████████████████████████ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY;** 13) <u>**HUMBERTO GARCÍA alias EL CANAS DE NOVENAS**</u>; who is ██ years of age, born in ██████████ single, son of ████████ ████████████████████ residing in ██████████████████████ who is attributed with taking part in

the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 14) RONALD ISRAEL ARAUZ alias EL HIT DE STONER**; who is ▓ years of age, born in ▓▓▓▓, born on ▓▓▓▓ son of ▓▓▓▓ residing in ▓▓▓▓ who is attributed with taking part in the crime of a) TERRORISTIC ORGANIZATIONS pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to THE PUBLIC PEACE AND NATIONAL SECURITY; **15) HUGO ALBERTO TEJADA OR HUGO ADALBERTO TEJADA alias EL GROMPY OR GRUMPY OR LITTLE SPIDER DE TECLAS**; who is ▓ years of age, born in ▓▓▓▓ having a date of birth of ▓▓▓▓ marital status is ▓▓▓▓ he is the son of ▓▓▓▓ having a UID number ▓▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 16) VILIS ERNESTO CABRERA HENRÍQUEZ alias EL BILLY OR EL LITTLE PAYASO DE TECLAS LOCOS** who is ▓ years of age, ▓▓▓▓ single, born on ▓▓▓▓ in ▓▓▓▓ son of ▓▓▓▓, residing in ▓▓▓▓ bearing unique identity document number ▓▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 17) ROBERTO ARMANDO LÓPEZ CABEZAS alias SHYPER DE LOURDES LOCOS**, being ▓ years of age, occupation is ▓▓▓▓ marital status, ▓▓▓▓ was born on ▓▓▓▓ in the ▓▓▓▓ son of ▓▓▓▓ residing in ▓▓▓▓ bearing unique identity document number ▓▓▓▓, who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 18) WALTER MAURICIO TREJO MEJIA alias MISTER DE ARCE**, who is ▓ years of age, born in ▓▓▓▓ with date of birth of ▓▓▓▓ marital status is single, being son of ▓▓▓▓ residing in ▓▓▓▓ bearing U ID number ▓▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 19) JOSÉ SANTO HENRÍQUEZ DEL CID alias EL SLEEPY DE WEEDAMS**, of ▓ years of age, does not have a unique identity document number registered, born in ▓▓▓▓ date of birth ▓▓▓▓ marital status is with ▓▓▓▓ occupation or trade ▓▓▓▓ son of ▓▓▓▓ residing in ▓▓▓▓ who is attributed with taking part in the crime of a) TERRORISTIC ORGANIZATIONS pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 20) JAIME ALIRIO MIRA MIXCO alias EL CRAZY DE CÉNTRALES**, who is ▓ years old, occupation is ▓▓▓▓ marital status is ▓▓▓▓ born on ▓▓▓▓ in ▓▓▓▓ son of ▓▓▓▓ residing in ▓▓▓▓

▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 21) JULIO CÉSAR RODRÍGUEZ SÁNCHEZ alias EL DROOPY DE CENTRALES**, who is ▓▓ years old, occupation, ▓▓▓ marital status, ▓▓ born on ▓▓▓ at the ▓▓▓ son of ▓▓▓ residing in ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 22) CRISTIAN MAURICIO MARTÍNEZ ADMITÍA alias EL SERIO DE HOLLYWOOD**, who is ▓▓ years of age, occupation is ▓▓▓ has a ▓▓▓ who was born on ▓▓▓ in ▓▓▓ son of ▓▓▓ residing in ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to THE PUBLIC PEACE** AND NATIONAL SECURITY; **23) EDWIN ARMANDO RAMÍREZ alias CHATO DE HOLLYWOOD**, who is ▓▓ years of age, date of birth, ▓▓▓ born in ▓▓▓ marital status is ▓▓▓ profession, or trade is ▓▓▓ son ▓▓▓ residing in ▓▓▓ with unique identity document number ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 24) JOSÉ ROLANDO MURCIA GUTIERREZ alias GRILLO DE HOLLYWOOD**, who is ▓▓ years of age, born in ▓▓▓ having a date of birth of ▓▓▓ marital status, single, being the son of ▓▓▓ residing in ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 25) MARLON ADEMIR LUCHA CASTRO alias RIDER or RYDER or RAYDER DE HOLLYWOOD**, who is ▓▓ years old, occupation is ▓▓▓ single, born on ▓▓▓ in ▓▓▓ son of ▓▓▓ residing in ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 26) CARLOS EDUARDO CASTANEDA ORELLANA alias EL PERICO DE HOLLYWOOD**, who is ▓▓ years of age, born in ▓▓▓ with date of birth of ▓▓▓ marital status is unknown, being the son of ▓▓▓ residing in ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 27) SANTOS ELÍAS GUARDADO FLORES alias CHOCOLATE DE HOLLYWOOD**, who is ▓▓ years old, ▓▓▓ born with ▓▓▓ born on ▓▓▓ in the ▓▓▓ son of ▓▓▓ residing in ▓▓▓ who is attributed with taking part

in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 28) CRISTIAN ALEXANDER GARCÍA alias EL GALLO DE MONSERRAT**, who is born in ▇ marital status, unknown, being the son of ▇ occupation ▇ marital status is ▇ born in ▇ with date of birth of ▇ residing in ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 29) OSCAR FRANCISCO GONZÁLEZ LÓPEZ alias EL DOGGY DE HOLLYWOOD**, who is ▇ years old, occupation is different types of jobs, marital status, single, was born on ▇ in ▇ son of ▇ residing in ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 30) RENE MAURICIO AVALOS CACERES alias EL BLAYZER OR WIZAR CRIMEN DE SANTA ROSA**, who is ▇ years, occupation is ▇ born on ▇ in the ▇ son of ▇ residing in ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 31) ROLANDO ALBERTO CASTRO CRUZ alias EL SANGRE DE BIG CRAZY**, who is ▇ years of age, born in ▇ with a date of birth of ▇ marital status is ▇ being the son of ▇ residing in ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 32) FELICIANO NAVARRO alias EL SNOOPY OR SOMPOPO DE PINOS**, who is ▇ years of age, ▇ born on ▇ in the ▇ son of ▇ residing in ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 33) DAVID BENJAMÍN CASTRO alias EL REBELDE DE CABAÑAS**, with a birth registry, according to a birth certificate, ▇ the municipal mayor's office of San Alejo, departamento de la unión, having been born on ▇ at ▇ son of ▇ residing in ▇ who is attributed with taking part in the crimes of **a)TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism; **b) AGGRAVATED HOMICIDE**, crime planned for and punished in article 129 No. 3 of the Penal Law, being the mastermind to the detriment of a gang member of the MS, a chequeo "alias" GARROBO" with the name of **JORAN JAVIER CHAVES GUERRERO; 34) GEOVANI EDGARDO VELÁSQUEZ VELÁSQUEZ alias EL DUPLEX DE PROYECTOS**, who is ▇ years of age, date of birth, ▇ born in ▇

█████ profession, or trade █████ marital status is single, son of █████ █████ residing in █████ █████ and with unique identity document number █████ █████ who is attributed with taking part in the crimes of **a)TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**, **b) AGGRAVATED HOMICIDE**, crime planned for and punished in article 129 No. 3 of the Penal Law, being the mastermind to the detriment of a gang member of the MS, a chequeo "alias" GARROBO" with the name of **JORAN JAVIER CHAVES GUERRERO; 35) WALTER ALEXANDER LÓPEZ alias EL SPYDER OR ARAÑA DE MORAZÁNES**, who is ███ years of age, born in █████ with a date of birth of █████ marital status is single, being the son of █████ residing █████ █████ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 36) LUIS MIGUEL FLORES LÓPEZ alias EL SICARIO DE ALASKAS**, who is ███ years of age, born in █████ marital status is █████ being the son of █████ residing in █████ with UID number █████ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 37) DAGOBERTO SARAVIA ESCOBAR alias WAYNO or WAINO DE ALASKA**, who is ███ years of age █████ single, who was born on █████ n the █████ son of █████ residing in █████ █████ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 38) LUIS MIGUEL CRUZ FIGUEROA alias GATO DE ALASKA**, who is ███ years of age, occupation is █████ marital status is █████ born on █████ in █████ son of █████ █████ residing in █████ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 39) CARLOS ANTONIO FLORES MIGUEL alias EL PANA DE GANGSTER**, who is ███ years of age, born █████ with date of birth being █████ marital status, single, being the son of █████ residing in █████ █████ with UID number █████ in order to corroborate his participation in the crimes of **a)TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**; b) **AGGRAVATED HOMICIDE**, crime planned for and punished in article 129 No. 3 of the Penal Law, being the mastermind to the detriment of a gang member of the MS, a chequeo "alias" GARROBO" with the name of **JORAN JAVIER CHAVES GUERRERO; 40) CRUZ ISRAEL NÚÑEZ PÉREZ alias EL CACHORRO DE GUANACOS CRAZY**, who is ███ years of age, with date of birth of █████

▇ born in ▇ on of ▇ profession, or trade, ▇ residence is reported to be at ▇ ▇ **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 41) <u>MILTON ALFREDO ANAYA PERAZA or MILTON ALEXANDER ANAYA PERAZA alias EL DOOPE or DOPPE DE GUANACOS CRAZY</u>**, who is ▇ years of age, employment is businessman, marital status is ▇ ▇ born on ▇ in ▇ ▇ son of ▇ residing in ▇ ▇ **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 42) <u>OSCAR ALEXANDER LEÓN MEJIA ALIAS EL HUMILDE DE GUANACOS CRAZY</u>**, being ▇ years of age, date of birth, ▇ born in ▇ profession or trade ▇ marital status ▇ son of ▇ ▇ residing in ▇ ▇ bearing unique identity document number ▇ ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND** NATIONAL **SECURITY; 43) <u>GEOVANY OSWALDO AMAYA CORNEJO ALIAS CALIFA DE PARKVIEW</u>**, being ▇ years of age, job ▇ marital status ▇ born on ▇ in the ▇ ▇ son of ▇ residing in ▇ with UID number ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 44) <u>ROBERTO FUNES ALIAS EL SAYCO DE DEMONIOS LOCOS</u>**, who is ▇ years of age, ▇ son of ▇ with UID number ▇ residing in ▇ ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 45) <u>SERGIO ANTONIO UMAÑA SALAMANCA ALIAS EL CYCLÓN DE HAMSTED</u>**, who is ▇ years of age, born in ▇ having a date of birth of ▇ marital status is single, being the son of ▇ ▇ residing in ▇ with UID number ▇ who is attributed with taking part in the crimes of **a) TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to The Public Peace and National Security; **b) ACTS OF PREPARING FOR, SOLICITING AND CONSPIRING AND CRIMINAL ASSOCIATIONS**, provided for and regulating in article 52 of the Regulating Law of activities relating to Drugs in the detriment of **THE PUBLIC HEALTH**, in purchases of numbers 1, 2, 3, and 4 of the Hamster click; **46) <u>MANUEL ANTONIO PAREDES LÓPEZ ALIAS BULLET DE CRIMINAL</u>**, who is ▇ years of age, occupation ▇ marital status, single, born on ▇ in the ▇ ▇ residing in ▇ ▇ with unique identity document number ▇

▬▬▬▬▬, who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**; 47) <u>**ALFREDO ANTONIO ARÉVALO ALIAS EL MALOSO DE CRIMINAL MAFIOSO**</u>, who is ▬ years of age, date of birth, ▬▬▬ born in the ▬▬▬▬▬ profession or trade ▬▬▬ the son of ▬▬▬▬▬ ▬▬ residing in ▬▬▬▬▬▬▬▬▬ ▬▬▬▬ with unique identity document number ▬▬▬▬▬ ▬▬▬▬▬ 48) <u>**ERIC NOLBERTO CHAVARRÍA LARA TRAVIESO DE PARADAS LOCOS**</u>, who is ▬ years of age, ▬▬▬▬ son of ▬▬▬▬▬ ▬▬▬▬▬ residing in ▬▬ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**; 49) <u>**JAIME MAURICIO ANDRADES BONILLA ALIAS DE LETAL DE PARKVIEW**</u>, who is ▬ years of age, born in a ▬▬▬▬ Having a date of birth of ▬▬▬▬ marital status, single, being the son of. ▬▬▬▬▬▬▬ residing in ▬▬▬▬▬▬▬ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 50)** <u>**ERIC ERNESTO GARCÍA NÚÑEZ alias EL DELINCUENTE DE AHUACHAPANECOS**</u>, who is ▬ years of age, trade construction worker, single, who was born on ▬▬▬▬ in ▬▬▬▬▬▬ son of ▬▬▬▬▬▬▬ residing ▬▬▬▬▬▬ with unique identity document number ▬▬▬ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 51)** <u>**WILLIAM ALEXANDER ZALAÑA GONZÁLEZ ALIAS EL FILO O DUENDE DE NORMANDIS**</u>, occupation ▬ being the son of ▬▬▬▬▬ Marital Status Single, born in ▬▬▬▬▬ on ▬▬▬ residing in ▬▬▬▬▬ ▬▬▬▬ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 52)** <u>**JUAN CARLOS CARIAS VÁZQUEZ OR JUAN CARLOS VÁSQUEZ CARIAS ALIAS EL PLAYER DE STONER**</u>, being ▬ years of age ▬▬▬ son of ▬▬▬▬▬▬ place and date of birth, ▬▬▬▬ residing in ▬▬▬▬ ▬▬▬ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 53)** <u>**VLADIMIR ANTONIO ARÉVALO SÁNCHEZ, NICKNAMED, VAMPIRO OF MONSERRAT**</u>, being ▬ years of age, ▬▬▬ BEARING Unique Identity Document with number ▬▬▬ son of ▬▬▬▬▬ ▬▬▬▬ date of birth being ▬▬▬ in ▬▬▬ ▬▬▬▬ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 54)** <u>**HENRY WILLIAM TORRES ALIAS EL RUDO DE HOLLYWOOD**</u>, who is ▬ years of age, occupation

▓▓▓ marital status, ▓▓▓ born on ▓▓▓ in the ▓▓▓ residing in ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 55)** <u>**LUIS CARLOS DUBON CUÉLLAR ALIAS EL DONKY DE DIABÓLICOS MAFIOSOS**</u>, who is ▓▓▓ years of age, born in ▓▓▓ with date of birth being ▓▓▓ marital status, single, being the son of ▓▓▓ residing in ▓▓▓ with UID number ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 56)** <u>**JOSÉ ROBERTO OSORIO MONÓTA OR JOSÉ ROBERTO OSORIO MONTANO ALIAS EL SLOW DE GUANACOS CRAZY**</u>, who is ▓▓▓ years of age, occupation is ▓▓▓ marital status is single, date of birth, ▓▓▓ in the ▓▓▓ son of ▓▓▓ residing in ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 57)** <u>**ELMER DÍAZ HERNÁNDEZ ALIAS EL TOPO DE SAN LUIS LA HERRADURA**</u>, who is occupation, is ▓▓▓ being the son of ▓▓▓ marital status ▓▓▓ who was born in ▓▓▓ on ▓▓▓ being ▓▓▓ years of age residing in ▓▓▓ with unique identity document number ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 58)** <u>**JORGE ALBERTO HERNÁNDEZ alias SNAP DE NOVENA**</u>, who is ▓▓▓ years of age, occupation ▓▓▓ marital status ▓▓▓ born on ▓▓▓ in ▓▓▓ son of ▓▓▓ residing in ▓▓▓ who is attributed with taking part in the crime of a) TERRORISTIC ORGANIZATIONS pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to THE PUBLIC PEACE AND NATIONAL SECURITY; **59)** <u>**EDWIN GEOVANY LINARES MORALES OR EDWIN GEOVANY MORÁN LINARES ALIAS EL NEGRO OR MORENO DE PORTEÑOS**</u>, who was born in ▓▓▓ marital status unknown, being the son of ▓▓▓ residing in ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 60)** <u>**CARLOS EDUARDO GALÁN GARCÍA ALIAS EL PRINCE DE WESTER (WLS)**</u>, who is ▓▓▓ years of age, born in ▓▓▓ with a date of birth of ▓▓▓ marital status, ▓▓▓ being the son of ▓▓▓ residing on ▓▓▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE**

**PUBLIC PEACE AND NATIONAL SECURITY; 61) EFRAÍN FRANKLIN BERNAL RODRÍGUEZ alias EL FOX DE FULTON**; who is ▇ years of age, ▇ married to ▇ born on ▇ in ▇ son of ▇ residing in ▇ ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 62) WILLIAM ALEXANDER HERNÁNDEZ ALIAS GUANACO DE BIG CRIMINAL**, who is ▇ years of age, having a profession or trade, as ▇ being the son of ▇ marital status is single, place of birth is ▇ date of birth is ▇ address of residence is ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 63) WILFREDO EDGARDO FUENTES VENTURA ALIAS EL FELINO DE SAYLOR**, who is ▇ years of age, ▇ born in ▇ with date of birth of ▇ son, of ▇ ▇ residing address is registered as ▇ ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 64) LORENZO FERNÁNDEZ CAMINOS ALIAS EL CONEJO OR RABBIT DE CENTRALES**, who is ▇ years old, born in ▇ with date of birth being ▇ ▇ marital status, live-in partner with the name of Patricia Ivette Vázquez Sánchez, parents being ▇ and ▇ ▇ with UID numbe ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 65) EDGAR ANTONIO ARÉVALO ARRUE ALIAS EL SPARKY DE NORMANDIS**, who is ▇ years of age, born in son ▇ born on ▇ parents being ▇ ▇ being with a ▇ according to criminal record, is a resident of, ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 66) OSCAR GEOVANY SANTOS MEDRANO ALIAS EL VENDAVAL DE NORMANDIE**, being ▇ years of age, parents, being ▇ occupation, being ▇ marital status is single, born in ▇ having date of birth ▇ residing in ▇ bearing unique identity document number ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 67) DANY FREDY RAMOS MEJIA ALIAS EL CISCO DE TECLAS**, who is ▇ years of age, born in ▇ having a date of birth of ▇ marital status, ▇ being the son of ▇ residing in ▇ bearing UID number ▇ who is attributed with taking part in the crime

of **a) TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY, b) ACTS OF PREPARING FOR, SOLICITING AND CONSPIRING AND CRIMINAL ASSOCIATIONS**, provided for and regulating in article 52 of the Regulating Law of activities relating to drugs in the detriment of **THE PUBLIC HEALTH; 68) OSCAR LEONEL JOVELL MARTINEZ ALIAS EL MISTERIO OR SAPO DE ZARAGOZA**, who is ▓ years of age, ▓ with date of birth of ▓ in the ▓ his parents are ▓ address presents to be ▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 69) JONATHAN DE JESUS TORRES CALDERON ALIAS EL INFIERNO DE PROYECTOS LOCOS**, who is ▓ years old, date of birth being ▓ born in the ▓ whose profession or trade is ▓ marital status is single, his parents are ▓ residing at ▓ bearing unique identity document number ▓ who is attributed with taking part in the crimes of a) **PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of "Damper" bearing the name **LUDWIN ERNESTO AYALA MEMBREÑO; b) PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of "Zarco"; bearing the name **ERICK AMILCAR RIVAS OSORIO; c) AGGRAVATED HOMICIDE**, crime planned for and punished in article 129 No. 3 degree of the Penal Law, being the mastermind to the detriment of a gang member chequeo of the MS "alias GARROBO" with the name **JORAN JAVIER CHÁVEZ GUERRERO; 70) CARLOS ERNESTO LOPEZ OR CARLOS ERNESTO AMAYA LÓPEZ ALIAS MISTERIO DE GUANCOS LITTLE SAYCOS**; who is ▓ years of age, with date of birth of ▓ marital status, ▓ whose parents are ▓ he resides in ▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 71) JOSÉ ADONAI RAMOS GRANADOS alias EL PUPET SAN COCOS**; who is ▓ years of age, occupation is ▓ marital status is ▓ born in ▓ in ▓ residing ▓ bearing unique Identity Document Number ▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 72) OSCAR MAURICIO ORTIZ MARTÍNEZ ALIAS EL DEMENTE OR PLAYER DE TEXAS LITTLE SAYCO**, who is ▓ years of age, occupation is private, ▓ single, born on ▓ in ▓ Parents being ▓ being a resident of ▓ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 73)**

<u>**OSCAR RENEE MORALES SERRANO ALIAS PADRE OR PORKY DE GANSTER**</u>, who is ▇ years of age, single, born on ▇ in ▇ son of ▇ and ▇ residing at ▇ ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**; 74 <u>**JORGE ALEXANDER DE DA CRUZ alias EL CRUEGER OR GRANDIOSA DE PEATONALES**</u>, who is ▇ years of age, date of birth is ▇ born in ▇ profession, or trade is ▇ his mother is ▇ he has a ▇ resides in ▇ with unique identity number ▇ and a drivers license number ▇ who is attributed with taking part in the crimes of a) **PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of "Damper" bearing the name **LUDWIN ERNESTO AYALA MEMBREÑO; b) PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the mastermind to the detriment of "Zarco"; bearing the name **ERICK AMILCAR RIVAS OSORIO;** c) **PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the co-mastermind to the detriment of alias **LA BLACKY WITH THE NAME OF SILVIA ELIZABETH PALACIOS VALENZUELAS; d) ILLICIT TRAFFICKING OF FIREARMS** with the alternative classification of supplying weapons, ammunition, explosives, and similar items to illegal groups or organized crime provided for and regulated in articles 347 and 347-A of the Penal Law Code to the detriment of THE PUBLIC PEACE; **e) REAL CONCEALMENT,** provided for and regulated in article 43 of the Regulating Law of the Drug-Related Activities that harm PUBLIC HEALTH; **f) PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, to the detriment of **FIVE MEMBERS OF THE CLICK BIG CRAZY, AMONG THEM DREAMER FROM BIG CRAZY**, with the name of **JOSE MAURICIO MEJIA AROCHI; g) AGGRAVATED HOMICIDE**, crime planned for and punished in article 129 No. 3 of the Penal Law, to the detriment of **FILO FROM NORMANDIE**, with the name of **DOUGLAS ULISES PENA MACHUCA; h) FINANCING OF TERRORIST ACTS**, established and punished in article 29 of the Special Law against Acts of Terrorism to the detriment of **THE PUBLIC PEACE AND SECURITY OF THE COUNTRY**; 75) <u>**GUSTAVO ADOLFO MARTINEZ, alias EL MALIGNO DE PARK VIEW LOCOS (PVLS)**</u>, of ▇ years of age, ▇ with unique identity document number ▇ his mother ▇ he has a ▇ born in ▇ with date of birth of ▇ residing in ▇ ▇ who is attributed with taking part with the crimes of **FINANCING ACTS OF TERRORISM**, established and sanctioned under article 29 of the special rule against acts of terrorism, resulting in detriment to the **PUBLIC PEACE AND NATIONAL SECURITY; 76)** <u>**CARLOS OVIDIO CALDERON ZACZPA alias SPEEDY DE SAN COCOS**</u>, of ▇ years of age, profession, or trade is ▇ with unique identity document number ▇ has a ▇ born in ▇ ▇ his parents are ▇ residing in ▇ ▇ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE**

**PUBLIC PEACE AND NATIONAL SECURITY**; 77) **REYNALDO ROBINSON QUILIZAPA VILLALTA, EL CEMENTERIO O TÍO DE NORMANDIS**, who is ▮ years of age, born in ▮ with a date of birth of ▮ marital status is ▮ his parents are ▮ residing at en ▮ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 78) SAÚL ELISEO AGUILAR MORALES ALIAS BLAKY DE LA NOVENA CALLE**, being ▮ years of age, born in ▮ born on ▮ son of ▮ residing in ▮ profession is ▮ marital status is single, who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 79) EDWIN ENRIQUE PÉREZ AGUILAR, ALIAS EL GOOFY DE JOYAS**, profession is ▮ with unique identity document number ▮ son of ▮ born in ▮ with date of birth being ▮ residing in ▮ who is attributed with taking part in the crimes of **a) AGGRAVATED HOMICIDE**, crime planned for and punished in article 129 No. 3 of the Penal Law, being the co-mastermind against the life of the subject alias "El Gato" having the name of **MARVIN OSMIN ROBLES CANO**; **b) PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the Mastermind to the detriment of "Damper" bearing the name **LUDWIN ERNESTO AYALA MEMBREÑO**; **c) PROPOSITION AND CONSPIRACY IN THE CRIME OF AGGRAVATED HOMICIDE**, crime planned for and punished in article 129-A of the Penal Law, being the Mastermind to the detriment of "Zarco"; bearing the name **ERICK AMILCAR RIVAS OSORIO; 80) LIBIO ERNESTO MARTÍNEZ alias EL LARVA DE IBERIAS**: who is ▮ years of age, ▮ born on ▮ in the ▮ son of ▮ having a residing address of ▮ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 81) WILLIAN ALFREDO CRUZ SERRANO ALIAS SPYDER DE SAN MARCOS**, being ▮ years of age, son of ▮ occupation ▮ born in ▮ date of birth being ▮ residing in ▮ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 82) SANTOS SERVILIO CHIRINO MELÉNDEZ ALIAS EL POPEYE DE DIRECTOS**, who is ▮ years of age, occupation is ▮ marital status is single, born on ▮ in the ▮ son of ▮ residing in ▮ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 83) DIONISIO OSWALDO MEDINA MÉNDEZ OR MOLINA MÉNDEZ ALIAS EL PONY DE SOUTH CITY**, who is ▮ years of age ▮ born in ▮ on ▮ son of ▮ resident in ▮

███████████████████████████ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY; 84) JIMMY ALEXANDER SALLES SALGUERO ALIAS EL KILLER O CHIMBO HOY DE NOVENA**: being ██ years of age, with unique identity document number ███████ son of ████████████████████ marital status single, born on ███████████ in the █████████████████████ with the residence in ████████████████████████████████████ who is attributed with taking part in the crime of **TERRORISTIC ORGANIZATIONS** pursuant to the rule and regulation under article 13 of the Special Law against Acts of Terrorism, resulting in detriment to **THE PUBLIC PEACE AND NATIONAL SECURITY**.

The foregoing is by virtue of having **DECREED THE PRECAUTIONARY MEASURE OF PROVISIONAL DETENTION, DURING THE HOLDING OF A SPECIAL HEARING FOR THE IMPOSITION OF PRECAUTIONARY MEASURES.**

Therefore, they must be placed immediately at the order of this court, once captured.

Hereby made known to you, for corresponding legal purposes.

**GOD UNION FREEDOM**

[signature]            [seal]

Licenciada Ana América Lorena Rodríguez Avelar
Specialized Instruction Judge

C/B 13-18(5-7)
Prosecutor's Office 85-UCCO-2016