| | |
|---|---|
| BEFORE: JOAN M. AZRACK<br>UNITED STATES DISTRICT JUDGE | DATE: 6/25/2025<br>TIME: 2:15 PM (35 min) |

## CRIMINAL CAUSE FOR MOTION HEARING

**FILED**
**CLERK**

6/25/2025 4:00 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DOCKET NO.  22-cr-429**

**DEFENDANT: Jose Wilfredo Ayala-Alcantara**     **DEF. #: 2**
☒ Present     ☐ Not present     ☒ Custody     ☐ Bail
**DEFENSE COUNSEL:  Donald Dennis DuBoulay**
☐ Federal Defender          ☒ CJA          ☐ Retained

**AUSA: Paul G. Scotti**

INTERPRETER: Nico Penchaszadeh (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Lisa Schmid          COURTROOM DEPUTY: LMP

☒     Case Called.          ☒     Counsel present for all sides.
☐     All parties consent to appear telephonically.
☐     Initial Appearance and Arraignment held.
☐     Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐     Waiver of speedy trial executed; time excluded from ___ through ___ .
☐     Order setting conditions of release and bond entered.
☐     Permanent order of detention entered.
☐     Temporary order of detention entered.
          ☐ Detention hearing scheduled for  .
☒     Motion hearing held on [164]. Motion terminated – Court satisfied with the handling of the defendants concerns regarding medical treatment.
☐     Next court appearance scheduled for //2025 at  before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant          ☐     Released on Bond          ☒     Remains in Custody.

OTHER:  AUSA to update defense counsel regarding surgery scheduling.