| | |
|---|---|
| **BEFORE:** JOAN M. AZRACK | **DATE:** 7/24/2025 |
| UNITED STATES DISTRICT JUDGE | **TIME:** 11:00 AM (30 min) |

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 22-cr-429**

**DEFENDANT:** Vladamir Arevalo-Chavez          **DEF. #: 1**
☒ Present     ☐ Not present ☒ Custody     ☐ Bail
**DEFENSE COUNSEL:** Lou Freeman, Thomas Nooter
☐ Federal Defender          ☒ CJA          ☐ Retained

**AUSA:** John Durham, Justina Geraci, Paul Scotti

INTERPRETER: Nico Penchaszadeh (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi          COURTROOM DEPUTY: LMP

☒  Case Called.          ☒  Counsel present for all sides.
☐  All parties consent to appear telephonically.
☐  Initial Appearance and Arraignment held.
☐  Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐  Waiver of speedy trial executed; time excluded from ___ through ___ .
☐  Order setting conditions of release and bond entered.
☐  Permanent order of detention entered.
☐  Temporary order of detention entered.
    ☐ Detention hearing scheduled for _ .
☐  Motion hearing held on  . Decision:
☐  Next court appearance scheduled for


Defendant     ☐   Released on Bond          ☒   Remains in Custody.

OTHER:

By August 8, 2025, the Government shall file its submission addressing: (1) the Court's concerns about deciding the motion to dismiss before it is known whether Defendant can be removed to El Salvador and the Court's questions about the Government initiating immigration proceedings (and resolving Defendant's immigration claims) while he is still in criminal custody and this case is pending; and (2) the Court's questions and requests concerning Mr. Villatoro-Santos; and (3) the Court's questions about the impact of recent developments on the Government's motion to dismiss. Defendant shall file a response to the Government's submission by August 15, 2025.

By August 8, 2025, Defendant file shall file a letter identifying any specific discovery he is seeking and explaining why he believes he is entitled to that discovery. The Government shall file a response by August 15, 2025.

The Court refers the parties to the transcript of this conference, which discusses all the issues and questions identified above in greater detail.

The Court reaffirms its April 4, 2025 Order.  The U.S. Marshals Service and the Bureau of Prisons shall not move Defendant Arevalo-Chavez from the MDC unless this Court directs otherwise.  To the extent any other agency or official of the United States Government has custody of, or asserts jurisdiction over, Defendant Arevalo-Chavez, those agencies or officials are also directed not to move Defendant Arevalo-Chavez from the MDC unless this Court directs otherwise. The only exceptions to this Order are that the Defendant may be transported to the Federal Courthouse in Brooklyn or the Federal Courthouse in Central Islip in order to meet with his attorney or to appear before this Court.

SO ORDERED:
Joan M. Azrack, U.S.D.J.