BEFORE: JOAN M. AZRACK             DATE: 9/4/2025
UNITED STATES DISTRICT JUDGE        TIME: 11:30 AM (20 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**FILED CLERK**
9/4/2025 2:20 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DOCKET NO. 22-cr-429**

**DEFENDANT: Vladimir Arevalo-Chavez**      **DEF. #: 1**
☒ Present    ☐ Not present   ☒ Custody    ☐ Bail
**DEFENSE COUNSEL: Louis Freeman**
☐ Federal Defender     ☒ CJA     ☐ Retained

**DEFENDANT: Jose Wilfredo Ayala-Alcantara**      **DEF. #: 2**
☒ Present    ☐ Not present   ☒ Custody    ☐ Bail
**DEFENSE COUNSEL: Donald Dennis DuBoulay**

☐ Federal Defender     ☒ CJA     ☐ Retained
**DEFENDANT: Francisco Javier Roman-Bardales**      **DEF. #: 10**
☒ Present    ☐ Not present   ☒ Custody    ☐ Bail
**DEFENSE COUNSEL: Murray Singer**
☐ Federal Defender     ☒ CJA     ☐ Retained

**AUSA: Justina Geraci, John Durham**

INTERPRETER: Nicolas Penchaszadeh (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Marie Foley        COURTROOM DEPUTY: LMP

☒   Case Called.      ☒   Counsel present for all sides.
☐   All parties consent to appear telephonically.
☐   Initial Appearance and Arraignment held.
☐   Government reminded of the Rule 5(f) obligation.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed; time excluded from 9/4/2025 through 2/11/2026.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
      ☐   Detention hearing scheduled for ___.
☐   Bail hearing held. Disposition:
☒   Next court appearance scheduled for 2/11/2026 at 12:30 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☐   OTHER:

Defendants     ☐ Released on Bond     ☒ Remain in Custody.