22-cr-429-JMA

RECEIVED
NOV - 4 2025
EDNY PRO SE OFFICE

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★    NOV 03 2025    ★
LONG ISLAND OFFICE

Dear,
    Honorable Judge Joan M. Azrack.
I hope this letter finds you in good
health and spirits.
Well my complaint is the following I
have been placed in the Special Housing
Unit (SHU) in M.D.C. against my own
will for over 32 months.
I have no Disiplinary Action or Incident
Report whatsoever. the SHU is designed
to punish, torture and Break a Man
Mentally, Physically and spiritually.
Inmates who are housed in the SHU
are here for violating the Rules and
Regulations of MDC and Committing Acts
of Violence for example Killings and
Stabbings on Correctional officers or
inmates, Fighting, Extortion and Consuming
illegal substances.
My Constitutional Rights have been
violated to be specific my Eighth
Amendment, Equal Protection of laws,
Americans with Disabilities Act, torture
Victim protection Act, my Human and
Civil Rights which is a direct Contradiction
to the laws of the United States which
Safeguards all it's inhabitants from Cruel
and Unusual Punishment.

I have not been given true meaningful equal treatment compared to other inmates because, While, dozens and dozens of inmates do there time and leave the SHU, I'm not able to get out. I'm denied my Right to due process without any real reason or explanation. I'm locked in a tiny cell 23 hours a day, Monday through friday Sometimes 24 hours a day during the week because they are short on Staff, the Building is on Lockdown or there's a federal Holiday and on the weekends where locked in all day.

the living Conditions in the SHU are inhuman the unnecessary Bright lights in my cell are on 16 hours a day Sometimes longer Which has damaged my Eyes permanently Especially my Right Eye which is Completely Blind (Cataract).

I was prescribed Eye drops to Supposely alleviate my Blindness which I have Complained plenty of times that it does absolutely nothing to better my Vision. It's actually a hassle because I Suffer from Neuropathy which means I always need help to put the eye drops in my eye which I don't always have.

#3

from my left Eye I only have 50%
Vision which Keeps getting Worse day
by day, my fear is that I might go
totally Blind.
I also developed Severe recognizable Dark
Spots all over my face and Body.
the Water We use to take Showers
and drink From comes oot Yellow,
the toothpaste is expired, the Showers
and toilets are full of Rust, the food
We are given is not fully Cooked, there's
Flies and Maggots in these Cells, there's no
Ventilation, these Small Cells are
designed, for one man but We are
forced to Share a Cell with another
person, which makes it difficult and
very Uncomfortable to live in especially
with all of the Disabilities I Suffer
from.
I'm isolated From General population
and I'm Restricted and limited, from
all the privileges I'm Entitled too which
makes it impossible to contact my
Lawyer and to fight my case in Court
properly and fairly.
What is so Astonishing about my case
is that my CO-Defendant who was the
first person in my indictment changes Were

dropped which proves his innocence and which means it also proves my innocence in this entire case.

the charges against me are ridiculous lies because there New York charges which make no sense because I never in my entire life have been or had any communication with anybody from New York, this is all a theatrical Deception from the Government. I am an almost 60 year old helpless man who was kidnapped from Mexico unjustifiably. My entire experience in Solitary Confinement has caused me Severe permanent trauma, Suffering, mental and physical pain. this country has Abused the Practice of Solitary confinement to the point where it has become Modern Day torture. My first Six months in the SHU I was denied phone Calls which is a Violation of BOP Rules, procedures and policies. I was finally able to contact my family after I went on a Hunger Skrike to Stand up for my Rights. my legal and Regular mail is being tampered with I have only recieved 10% of my letters from my family in 32 months and my family has only recieved approximately 15% of my letters in almost 3 years

Which is Absurd. My family has tried to send me Money several times over the years but I Somehow never get it and it's because of the Dirty, Evil, Tactics M.D.C. and the Government have tried to play to Destroy my Mind.

I have been rushed to Brooklyn Hospital Center several times to treat. Many of my life threatening illnesses, the longest time I spent hospitalized is 11 and 10 days. I'm also in a Wheelchair because I can't no longer Walk, My Health is Rapidly declining under these Brutal Circumstances Brooklyn Hopital Center and M.D.C have my Medical History to prove that.

I'm Suppose to be in a Medical Institution for the Elderly Impaired, Sick and injured to recieve adequate Medical and Surgical Care.

M.D.C and the Government have intentionally Denied and Neglected many of my necessary Medical illnesses and Surgerys which is immoral.

My Health has deteriorated Substantially I Feel Excruciating pain everyday. From Numerous Medical issues I have been Diagnosed with through X Rays for Example Hernia, Cataract, Hammertoe, Tuberculosis,

Neuropathy, Sifilis, Asthma, Hepatitis C, terrible
Lower Back pain, my Ribs only funtion 50%,
Lung problems, testicle problems.
I'm incapacitated by all of my serious
illnesses I really don't know how much
longer I can take all of this pain.
I feel like I'm dying slowly I ask myself
everyday if I will live to see another day.
Despite all the Hatred and Evil that
has been done to me I don't have no
Resentment in my Heart I simply ask
for Justice. I also suffer from
Claustrophobia and the pressure of being
in a tiny Cell everyday never goes away.
the fight for Sanity never goes away
Depression, loss, Sadness and the desperate
need not to feel those feelings for fear of
being overwhelmed by them. from everything
I endured I have developed Significant
long term Negative Mental Side effects
like Panic Attacks, Anxiety, Hallucination,
Paranoia, Hypersensitivity, Difficulty Remembering,
Concentrating and thinking.
Solitary Confinement is a Harsh measure
which is contrary to Rehabilitation the aim
of the penitentiary System.
the practice of Segregation amounts to
torture and Widespread Abuse, it's Serious

#7

Deprivation of Basic Human needs.
Who has the Authority to disregard GOD's
law to treat one as you want to be
Treated not only GOD's law but State
and FEderal too.
Intervene and Recitify this matter
as Soon as Possible.
"NO JUSTICE, NO Peace"

Sincerely,

Alcantara Jose Ayala #32791-112
MDC RADE-4-113          22 Cr. 429 (JMA)
P.O. BOX 329002
BROOKLYN NEW YORK
11232.

JOSÉ Ayala Alcantara
#32791-112
MDC Brooklyn
PO BOX 329002
Brooklyn New York
11232

LEGal Mail

to: Honorable Judge Joan M. Azrack
Eastern District of New York
920 Federal Plaza
Central Islip, New York
11722

LEGal Mail

USA FOREVER
USA FOREVER

LEGAL MAIL

LEGAL MAIL

METROPOLITAN DETENTION CENTER
80 29TH ST. BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another address, please
return the enclosure to the above address.

LEGAL MAIL